IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

MICHAEL D. ROBERTS,  *

    Plaintiff,  *

       v.  *   3:11-CV-616-TMH
                             (WO)
SHERIFF JAY JONES, *et al.*,  *

    Defendants.  *

_____

# O R D E R

The Magistrate Judge entered a Recommendation (Doc. #3) and a Supplemental Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendations, and after an independent review of the entire record, the Court believes that the Recommendations should be adopted. Accordingly, it is

ORDERED that the Recommendations (Docs. #3 & 5) of the Magistrate Judge are ADOPTED and this case is DISMISSED without prejudice due to Plaintiff's failure to pay the full filing fee upon the initiation of this case.

A separate judgment shall issue.

Done this 14th day of September, 2011.

/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE